UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS HOPEWELL,

              Plaintiff(s),

    vs.

L.B. UJUETA, INC., et al.,

              Defendant(s).

Case No. 2:18-cv-03488-RGK-AGR

ORDER DISMISSING ACTION FOR
LACK OF PROSECUTION

On November 1, 2018, the Court issued an Order to Show Cause (OSC) re Dismissal for Lack of Prosecution ("OSC") requiring plaintiff to respond to the OSC by November 5, 2018. The OSC ordered the plaintiff to submit a timely answer by defendant L.B. Ujueta, Inc., or an application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure (defendant's answer was due July 30, 2018).

On November 5, 2018, plaintiff filed a written response to the OSC and a First Amended Complaint, rather than the answer or application for entry of default as ordered. The Court finds no good cause for the 98-day delay in the prosecution of this action and orders the First Amended Complaint filed at docket entry 15 stricken and dismisses the matter for lack of prosecution.

**IT IS SO ORDERED.**

Dated: November 15, 2018

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE